**FILED**

05/02/2023

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 22-0346

IN THE SUPREME COURT OF THE STATE OF MONTANA

DA 22-0346

MATTHEW RYAN AILER,

Petitioner and Appellant,

v.

STATE OF MONTANA,

Respondent and Appellee.

ORDER

FILED

MAY 0 1 2023

Bowen Greenwood
Clerk of Supreme Court
State of Montana

Self-represented Appellant Matthew Ryan Ailer moves this Court to file Exhibit C, which is attached to Appendix A of his opening brief, under Seal. Appellant states in his motion that Exhibit C contains personal identifying information of the Appellant. The State of Montana does not oppose the motion.

Upon consideration of Appellant's motion, and good cause appearing,

IT IS HEREBY ORDERED that the motion is GRANTED. The Clerk is directed to file Exhibit C, which is attached to Appendix A of Appellant's opening brief, under seal.

The Clerk is directed to provide a copy of this Order to counsel of record and to Mathew Ryan Ailer personally.

DATED this 1st day of May, 2023.

For the Court,

By _____
Chief Justice